UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK RYAN WILDER,<br><br>            Plaintiff,<br>    v.<br><br>DOC DISTRICT OF COLUMBIA, CONGRESS,<br><br>            Defendants. | CASE NO. 2:23-CV-01552-TMC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* ("IFP") has been referred to the undersigned. Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is GRANTED. However, based on the allegations in the proposed complaint, it is unclear if venue is proper and if Plaintiff has adequately stated a claim upon which relief can be granted. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 20th day of October, 2023.

/s/ David W. Christel
David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1